

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00327-CV

**PLAINSCAPITAL BANK** and Albert Chapa,
Appellants

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED February 12, 2020.

_____
Rebeca C. Martinez, Justice